ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 25 2015
10:50 AM
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Lisa A. Biron, )
   Petitioner, )
)
V. )  Civil Action No. 4:14-CV-772-O
)  (Consolidated with
)  No. 4:14-CV-823-O)
Jody R. Upton, Warden, )
   FMC-Carswell, )
   Respondent. )
)

## Notice of Appeal

**Notice** is hereby given that Lisa A. Biron, petitioner in the above namved 28 U.S.C. § 2241 action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 9th day of June, 2015.

I, Lisa A. Biron, hereby swear, under penalty of perjury, that this Notice was mailed first-class postage paid in the inmate legal mail system on this date.

6/24/15
Date

*Lisa Biron*
Lisa A. Biron #12775-049
FMC-Carswell
P.O. Box 27137
Fort Worth, TX 76127

ORIGINAL

**Lisa A. Biron**
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127



Clerk of Court
U.S. District Court
501 W. Tenth St., Rm. 310
Fort Worth, TX 76102

June 24, 2015

Re: Case No. 4:14-CV-546-O, Santillana v. Upton &
    Case No. 4:14-CV-772-O (consolidated with 4:14-CV-823), Biron v. Upton

Dear Clerk:

I have enclosed for filing with the Court notices of appeal for the above referenced cases.

Thank you for your attention to these matters.

Sincerely,

*Lisa Biron*

Lisa A. Biron

Name: Lisa Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

LEGAL MAIL

Clerk of the U.S. District Court
501 W. Tenth St., Room 310
Fort Worth, TX 76102

7610 0287 5569

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: [signature]

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)

2015 JUN 25 AM 10:50
CLERK OF COURT
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

NORTH TEXAS TX 760
DALLAS TX 750
24 JUN 2015 PM 1 L

