# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 01, 2015

#12775-049
Ms. Lisa A. Biron
FMC Carswell
J Street Building 3000, P.O. Box 27137
Fort Worth, TX 76127-0000

　　No. 15-10607　　Lisa Biron v. Jody Upton, Warden
　　　　　　　　　　　USDC No. 4:14-CV-772
　　　　　　　　　　　USDC No. 4:14-CV-823

Dear Ms. Biron,

We have docketed your appeal.  You should use the number listed above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure.  We cannot accept motions submitted under the Federal Rules of Civil Procedure.  We can address only those documents the court directs you to file, or motion filed under the FED R. APP. P.  in support of the appeal.  See FED R. APP. P. and 5TH CIR. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

**Court Fees**

You must pay a filing fee for your notice of appeal unless the district court has entered an order exempting you from paying the fee under FED R. APP. P. 24.  The $505.00 Court of Appeals docketing fee is due within 15 days from this date, and you must notify this office once this is done.  If you do not pay the filing fee, or file a motion with the district court clerk for leave to proceed in forma pauperis on appeal, we will dismiss your appeal without further notice, see 5TH CIR. R. 42.3.

ATTENTION ATTORNEYS:  Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing.  The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov.  Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/Melissa Mattingly
Melissa Mattingly, Deputy Clerk
504-310-7719

cc:
    Ms. Angie Lee Henson
    Ms. Karen S. Mitchell

Case No. 15-10607

LISA A. BIRON,

                Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

                Respondent - Appellee