# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 22, 2015

#12775-049
Ms. Lisa A. Biron
FMC Carswell
J Street Building 3000, P.O. Box 27137
Fort Worth, TX 76127-0000

    No. 15-10607    Lisa Biron v. Jody Upton, Warden
                         USDC No. 4:14-CV-772
                         USDC No. 4:14-CV-823

Dear Ms. Biron,

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C. § 2253. If you wish to proceed, address your application for COA to this court. Also send a separate brief supporting the application. In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations. Your "application for COA" and "brief in support" together may not exceed a total of 30 pages. You must file 2 legible copies within 40 days from the date of this letter. If you do not do so we will dismiss the appeal, see 5TH CIR. R. 42. Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Melissa B. Courseault, Deputy Clerk
                                     504-310-7701

cc:
    Ms. Angie Lee Henson

Case No. 15-10607

LISA A. BIRON,

                Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

                Respondent - Appellee