# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130**

July 29, 2015

#12775-049
Ms. Lisa A. Biron
FMC Carswell
J Street Building 3000, P.O. Box 27137
Fort Worth, TX 76127-0000

    No. 15-10607    Lisa Biron v. Jody Upton, Warden
                        USDC No. 4:14-CV-772
                        USDC No. 4:14-CV-823

Dear Ms. Biron,

Please disregard the letter issued July 22, 2015 as it was issued in error.

A briefing notice will issue under separate cover.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

cc:  Ms. Angie Lee Henson