## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 29, 2015

#12775-049
Ms. Lisa A. Biron
FMC Carswell
J Street Building 3000, P.O. Box 27137
Fort Worth, TX 76127-0000

    No. 15-10607    Lisa Biron v. Jody Upton, Warden
                         USDC No. 4:14-CV-772
                         USDC No. 4:14-CV-823

Dear Ms. Biron,

We have docketed your appeal. You should use the number listed above on all future correspondence.

**You should carefully read the following sections**

Filings in this court are governed strictly by the Federal Rules of Appellate Procedure, **NOT** the Federal Rules of Civil Procedure. We cannot accept motions submitted under the Federal Rules of Civil Procedure. We can address only those documents the court directs you to file, or motion filed under the FED R. APP. P. in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

**Appellant's Brief Required by FED R. APP. P. and 5TH CIR. R. 28**

The court usually does not appoint counsel to represent pro se parties in this type of case, although it may do so when there are exceptional circumstances. If the court thinks you are entitled to an appointed lawyer, it will appoint one. You do not need to file a separate motion asking for appointment of counsel. If you want the court to order any other relief, you should include a motion with the brief that you file in this Court.

The court knows you are not a lawyer and does not hold you to the same standards it requires of attorneys in stating your case. The court reviews the case on the record of the district court proceedings and on the briefs filed by the parties. Therefore, your brief should explain as briefly and plainly as possible the facts of the case, the issues of law that you think entitle you to

relief, and the relief you are asking. To assist you in writing your brief please see below.

A. FORMAT AND NUMBER OF COPIES:

1. Use 8 1/2 x 11 inch light colored paper, preferably white;

2. Make a 1 inch margin on the top, bottom and both sides of the pages;

3. Securely fasten the brief so pages do not fall out, and so the pages can be read when the brief is opened;

4. Send us **4 copies of your brief**.

B. CONTENTS:

Your brief should have the following:

1. a STATEMENT OF THE LEGAL ISSUES you think the court should decide;

2. a concise STATEMENT OF THE CASE setting out the facts relevant to the issues submitted for review;

3. an ARGUMENT telling why the court should decide for you. Give legal authority which supports your side of the case. For each legal issue, try to include the "standard of review" this court should use in deciding your case. The "standard of review" may be included either under a separate heading before the discussion of each issue or in the discussion of the issue;

4. a CONCLUSION giving a brief statement of the relief you want and why.

5. a CERTIFICATE OF COMPLIANCE confirming that the page or word count is within the type-volume rule limitations. Such briefs, whether typed or handwritten, must not exceed 30 pages or 14,000 words (not counting any statement regarding oral argument, and the certificates of service and compliance). For typewritten or computer prepared briefs, the computer's word count feature should be used. Do not count the words yourself. You may use the "text line" method for typewritten briefs to show you meet the type-volume limits. Typewritten briefs with proper margins, (as described above), typeface with at least 10 1/2 characters per inch, and double spacing should have no more than 26 lines of text per page. Handwritten briefs must be legible and follow the same type-volume limitations. Any **handwritten or typed** brief exceeding the page/word limitation must be accompanied with a motion seeking leave of court to exceed this limitation in accordance with FED R. APP. P. 32. Motions to exceed the page/word limitation MUST contain COMPELLING REASONS for seeking to file the brief in excess of the type-volume limitations.

C. CERTIFICATE OF SERVICE.

    Your brief MUST CONTAIN a certificate of service showing the date you mailed a copy of your brief to the other parties in the case, and giving the name and complete mailing address (street number or post office box number, city and state) of the person you sent your brief to.

D.   PENALTIES.

    If you do not mail 4 copies of your brief to us within 40 days of the date shown on this letter, or properly request an extension of time, we will dismiss your case without further notice, see 5ᵀᴴ Cɪʀ. R. 42.3. Note, 5ᵀᴴ Cɪʀ. R. 31 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

### **Appellee's Brief**

The appellee is allowed 30 days from the date of service of your brief to file a response.  The appellee's brief may be in letter or memorandum form but must provide a statement of relevant facts, address the issues you raised and provide record and legal authority citations.  4 copies are required.  If a defendant or respondent did not make an appearance previously, an appellee's brief is not required unless we notify the appellee to file a brief.  We will send a copy of the notice to you.  If the district court denied **In Forma Pauperis** status and certified that the appeal is not taken in good faith, the appellee does not need to file a brief, unless the court notifies the appellee to do so. We will send you a copy of the notice.

### **Important notice regarding citations to the record on appeal to comply with the recent amendment to 5ᵀᴴ Cɪʀ. R. 28.2.2.**

Parties are directed to use the new ROA citation format in 5ᵀᴴ Cɪʀ. R. 28.2.2 **only** for electronic records on appeal with pagination that includes the case number followed by a page number, in the format "YY-NNNNN.###".  In single record cases, the party will use the shorthand "ROA.###" to identify the page of the record referenced.  For multi-record cases, the parties will have to identify which record is cited by using the entire format (for example, ROA.YY-NNNNN.###).

Parties may not use the new citation formats for USCA5 paginated records.  For those records, parties must cite to the record using the USCA5 volume and or page number.

In cases with both pagination formats, parties must use the citation format corresponding to the type of record cited.

Explanation:  In 2013, the court adopted the Electronic Record on Appeal (EROA) as the official record on appeal for all cases in which the district court created the record on appeal on or after 4 August 2013.  Records on appeal created on or after that date are paginated using the format YY-NNNNN.###.  The records on appeal

in some cases contain both new and old pagination formats, requiring us to adopt the procedures above until fully transitioned to the EROA.

The recent amendment to 5ᵀᴴ Cɪʀ. R. 28.2.2 was adopted to permit a court developed computer program to automatically insert hyperlinks into briefs and other documents citing new EROA records using the new pagination format. This program provides judges a ready link to pages in the EROA cited by parties. The court intended the new citation format for use **only** with records using the new EROA pagination format, but the Clerk's Office failed to explain this limitation in earlier announcements.

**Reply Brief**

You have 14 days from the date the appellee's brief is filed to file a reply brief. However, you are not required to file a reply brief.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Melissa B. Courseault, Deputy Clerk
                                    504-310-7701

cc:
    Ms. Angie Lee Henson

Case No. 15-10607

LISA A. BIRON,

      Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

      Respondent - Appellee