IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

15-10607



Lisa Biron,
   Appellant

v.

Jody Upton, Warden,
   Appellee

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The petitioner-appellant, Lisa Biron, requests an extension of time to file her opening brief. She states in support as follows.

1. Because of the constraints of prison, including limited time allowed in the law library, more time is needed to research and write the brief.

2. Justice will be served in allowing the extension.

Respectfully submitted,

9/3/15
Date

Lisa Biron
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

## VERIFICATION AND CERTIFICATION

I, Lisa Biron, hereby swear, under penalty of perjury, that the foregoing Motion was mailed this date US postage paid in the inmate legal mail system, and a copy of same was sent to Angie Henson, Esq.

9/3/15
Date

Lisa Biron