# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 09, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10607   Lisa Biron v. Jody Upton, Warden
                 USDC No. 4:14-CV-772
                 USDC No. 4:14-CV-823

The court has granted an extension of time to and including October 8, 2015 for filing appellant's brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Claudia N. Farrington, Deputy Clerk
                        504-310-7706

Ms. Lisa A. Biron
Ms. Angie Lee Henson