# 15-10607

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**LISA A. BIRON,**
Petitioner - Appellant

v.

**JODY UPTON, Warden, Federal Medical Center Carswell**,
Respondent - Appellee

On Appeal from the United States District Court
For the Northern District of Texas
Dallas Division
District Court Numbers 4:14-CV-772-O and 4:14-CV-823-O

**RESPONDENT-APPELLEE'S MOTION TO RECEIVE
ELECTRONIC COPY OF SEALED RECORD**

The Respondent-Appellee moves for permission to receive from the district clerk, for his use in preparing his brief in this appeal, those portions of the record that have been sealed. The sealed portions of the record were sealed at the request of the Respondent-Appellee and were included in the Appendix he filed in support of his response in the district court. *See* ROA.220-221; ROA.408.

1

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

 /s/ *Angie L. Henson*
ANGIE L. HENSON
Assistant United States Attorney
1100 Commerce, Suite 300
Dallas, Texas  75242-1027
Texas Bar No. 09492900
Telephone:  214.659.8600
Fax: 214.659.8807
Email: angie.henson@usdoj.gov

Attorneys for Respondent-Appellee

## Certificate of Conference

I have not conferred with Petitioner-Appellant because she is an inmate and does not have a telephone number or email address of record.

*/s/ Angie L. Henson*
Angie L. Henson
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2015 the foregoing motion was filed electronically through the Court's ECF system and a copy was served on Lisa A. Biron, Reg. No. 12775-049, Petitioner- Appellant *Pro Se*, at FMC Carswell, J Street Building 3000, P.O. Box 27137, Fort Worth, Texas  76127, by first class mail.

                                                   */s/ Angie L. Henson*
                                                   Angie L. Henson
                                                   Assistant United States Attorney