# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 19, 2015

Ms. Angie Lee Henson
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242-1699

    No. 15-10607    Lisa Biron v. Jody Upton, Warden
                      USDC No. 4:14-CV-772
                      USDC No. 4:14-CV-823

Dear Ms. Henson,

The following pertains to your brief electronically filed on 11/13/15. Your brief has been made sufficient.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

            Sincerely,

            LYLE W. CAYCE, Clerk

            *Melissa Mattingly*

            By: _____
            Melissa V. Mattingly, Deputy Clerk
            504-310-7719

cc:
    Ms. Lisa A. Biron