

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10607


Lisa Biron,
          Petitioner-Appellant


v.


Jody Upton, Warden, FMC Carswell,
          Respondent-Appellee


## Petitioner-Appellant's Motion to Extend Filing Deadline

The Petitioner-Appellant, Lisa Biron, moves this honorable Court

for an extension of her deadline to file her Reply to December 15, 2015.

She states in support as follows.

Petitioner received Appellee's brief at mail call on November 19,

2015.  Petitioner believes a reply is warranted.

Petitioner has discovered that preparation of legal work takes at

least three (3) times as long as it does in the outside world.  The re-

search process is slow and arduous; there is no access to word processing;

and the law library is often closed or unavailable.

Further, the staff members at FMC Carswell are acting deliberately

to interfere with Ms. Biron's ability to do legal work on this appeal and

other pending actions.

WHEREFORE, the Petitioner requests this Court grant the extension.

Respectfully submitted,

_11/23/15_____
Date

Lisa Biron # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 27137


1

## CERTIFICATIONS

Petitioner has not consulted with Angie Henson regarding this Motion because the Respondent has prevented her use of the telephone since September 3, 2015.

Petitioner hereby declares, under penalty of perjury, that the foregoing Motion was placed this date, U.S. Mail postage pre-paid, in the inmate legal mail system and a copy of same was mailed to Angie Henson, 1100 Commerce Street, Third Floor, Dallas, TX 75242.

_11/23/15_
Date

_Lisa Biron_
Lisa Biron