# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 30, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10607   Lisa Biron v. Jody Upton, Warden
                   USDC No. 4:14-CV-772
                   USDC No. 4:14-CV-823

The court has granted an extension of time to and including December 15, 2015 for filing a reply brief in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Claudia N. Farrington*
                          By: _____
                          Claudia N. Farrington, Deputy Clerk
                          504-310-7706

Ms. Lisa A. Biron
Ms. Angie Lee Henson