IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10607
Summary Calendar

D.C. Docket No. 4:14-CV-772
D.C. Docket No. 4:14-CV-823

United States Court of Appeals
Fifth Circuit
**FILED**
November 23, 2016
Lyle W. Cayce
Clerk

LISA A. BIRON,

    Petitioner - Appellant

v.

JODY UPTON, Warden, Federal Medical Center Carswell,

    Respondent - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.