UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-10607



Lisa Biron,
   Appellant

v.

Jody Upton, Warden, FMC Carswell,
   Appellee

### Appellant's Motion to Stay Mandate and Extend Filing Deadline To File Motions for Re-Hearing En Banc and for Panel Re-Hearing

The Appellant, Lisa Biron, moves this Honorable Court to stay the Mandate and extend her filing deadline by thirty (30) days for filing a motion for re-hearing en banc and a motion for panel re-hearing. She states in support as follows.

Appellant received the Panel's November 23, 2016 Decision at mailcall on November 30, 2016.

The prison's law library has been closed excessively and, many times, without notice over the past several weeks. For example, it was closed from Friday, December 23rd through Monday, December 26th with no notice, and then again on the evening of Tuesday, December 27th. It is likely that it will be closed again for successive days for this upcoming holiday weekend.

These closings, coupled with the fact that preparation of legal filings takes at least three (3) times longer in prison due

to the very non-user friendly research database and lack of word-processing capabilities, necessitate Appellant's need for an extension.

WHEREFORE, the Appellant respectfully requests this Court grant the stay and extension.

Respectfully submitted,

12/30/2016
Date

Lisa Biron # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 27137

### Certification

I hereby declare, under penalty of perjury, that the foregoing Motion was placed this date, U.S. Mail postage pre-paid, in the inmate legal mail system, and that a copy of same was mailed to Angie Henson, 1100 Commerce Street, Third Floor, Dallas, TX 75242.

12/30/2016
Date

Lisa Biron

NORTH TEXAS TX P&DC
DALLAS TX 750
30 DEC 2016 PM 9 L

Name Lisa A. Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

↔12775-049↔
Fifth Circuit Ct Appeals
Clerk of the Court
600 S Maestri PL
NEW Orleans, LA 70130-3408
United States

70130-340699

Legal