# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 05, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-10607   Lisa Biron v. Jody Upton, Warden
                 USDC No. 4:14-CV-772
                 USDC No. 4:14-CV-823

The court has **denied** appellant's motion to stay the mandate and extend filing deadline to file motions for rehearing en banc and panel rehearing in this case.

                                  Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Claudia N. Farrington, Deputy Clerk
                                    504-310-7706

Ms. Lisa A. Biron
Ms. Angie Lee Henson