# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 12, 2017

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Lisa A. Biron
        v. Jody Upton, Warden
        No. 17-5163
        (Your No. 15-10607)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 24, 2017 and placed on the docket July 12, 2017 as No. 17-5163.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst